558

No. 7964.——*United States* v. *Western.
Electric Company.* Entered at Chicago, Ill. Reap. Dec. 7954. Motion by
plaintiff.